UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARQUAN MARTICE-ANTQUAN COX,<br><br>Plaintiff,<br><br>v.<br><br>COULSON, *et al.*,<br><br>Defendants. | Case No. 25-13893<br>Honorable Matthew F. Leitman<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING PLAINTIFF'S MOTION TO SUBPOENA EVIDENCE [18]**

Plaintiff Marquan Martice-Antquan Cox, a pro se prisoner in the custody of the Michigan Department of Corrections, brings this 42 U.S.C. § 1983 action against several corrections officers. ECF No. 1. The Honorable Matthew F. Leitman referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 7.

Cox moves "to subpoena evidence" he asserts is in the possession of the Clare County Jail. ECF No. 18. But leave of Court is not required for Cox to obtain a subpoena. Instead, "[t]he clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it. That party must complete it before service." Fed. R. Civ. P. 45(a)(3). A party may move to

compel if the party that is served with the subpoena fails to comply or files objections. Fed. R. Civ. P. 37(a); Fed. R. Civ. P. 45(d)(2)(B)(i). Here, there is no evidence or even suggestion that Cox requested a subpoena from the clerk, let alone that a subpoena was issued and served. Thus, Cox's motion is **DENIED**.

**SO ORDERED.**

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: August 19, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 19, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager